# In the United States Court of Federal Claims

* * * * * *

BIOFUNCTION LLC, *

Plaintiff, * No. 07-67C

v. * Filed: April 13, 2007

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * *

**ORDER**

Defendant's unopposed motion for enlargement of time to May 4 is GRANTED.

s/Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge