# CERTIFICATE OF SERVICE

I,BARBARA J. MASSEY, hereby certify that I am the attorney of record for Biofunction, LLC and that on May 18, 2007, I served a copy of the attached:

PLAINTIFF BIOFUNCTION, LLC'S OPPOSITION
TO DEFENDANT'S PARTIAL MOTION TO DISMISS
FOURTH AND FIFTH CAUSES OF ACTION

Service was make upon all counsel of record, incuding:

Robert Bigler
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530
Phone (202) 307-0315
Fax: (202) 514-8624
e-mail: Robert.Bigler@usdoj.gov

The method of service was by Electronic Court Filing in which the court in the usual course of business serves an electronic copy of the filed document upon all counsel of record.

__________s/ Barbara J. Massey_______