IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BIOFUNCTION LLC, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 07-0067 |
| v. | ) | |
| | ) | (Judge Hodges) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rules 6(b)(1) and 6.1 of the United States Court of Federal Claims (RCFC), the parties, respectfully requests a fourteen day enlargement of time, to and including October 1, 2007, to file their joint status report in response to the Court's order of August 24, 2007. The joint status report is currently due on September 17, 2007. This is the parties' second request for an enlargement for this purpose, the Court having previously granted an extension of seven days.

The parties are continuing to work on a joint status report that will assist the Court and narrow the issues. Unfortunately, the parties have been unable to agree on the contents of the report and, therefore, request an additional brief two weeks to finalize the joint status report.

For the foregoing reasons, the parties respectfully requests that the Court grant this motion for enlargement of time of fourteen days, to and including October 1, 2007, within which to file the parties joint status report.

Respectfully submitted,

s/ Barbara J. Massey
BARBARA J. MASSEY
Law Officer of David W. Ginn
1981 N. Broadway, Suite 275
Walnut Creek, CA 94596
Tel: (925)256-4466
Fax: (925)256-4423

Attorneys for Plaintiff

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director

s/ Robert C. Bigler
ROBERT C. BIGLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St., N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 307-0315
Fax: (202) 514-8624

September 17, 2007

CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of September, a copy of the foregoing "JOINT MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ Robert C. Bigler