# In the United States Court of Federal Claims

* * * * * *

BIOFUNCTION, LLC, *

Plaintiff, * No. 07-67C

v. * Filed: September 21, 2007

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * *

**ORDER**

The fourteen-day enlargement of time, as requested in the Joint Motion for Enlargement of Time, is hereby GRANTED.

s/Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge