IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BIOFUNCTION LLC, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 07-0067 |
| v. | ) | |
| | ) | (Judge Hodges) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's order of August 24, 2007, the parties file this joint status report. No discovery has been conducted to date. The defendant's partial motion to dismiss is pending with the Court and the defendant has not yet filed an answer. In light of the Court's order of August 24th, the parties have discussed the matter, but have been unable to agree as to how to proceed. Therefore, the parties request that the Court hold a telephonic status conference.

Respectfully submitted,

s/ Barbara J. Massey
BARBARA J. MASSEY
Law Officer of David W. Ginn
1981 N. Broadway, Suite 275
Walnut Creek, CA 94596
Tel: (925)256-4466
Fax: (925)256-4423

Attorneys for Plaintiff

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director

s/ Robert C. Bigler
ROBERT C. BIGLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St., N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 307-0315
Fax: (202) 514-8624

October 1, 2007

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of October 2007, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ Robert C. Bigler