IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BIOFUNCTION LLC, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 07-0067 |
| v. | ) | |
| | ) | (Judge Hodges) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) and 6.1 of the Rules of the United States Court of Federal Claims (RCFC) Plaintiff respectfully requests an eight day enlargement of time, to and including November 1, 2007 to file responses to this court's Status Conference Order filed October 12, 2007.

An enlargement of time is requested to allow time for preparation of a response to this court's Status Conference Order filed on October 12, 2007. Counsel for Biofunction has been in a trial which started on October 15, 2007 and is now not expected to conclude until Friday October 26, 2007.

The trial schedule in this matter requires attendance in the courtroom from 8:30 a.m. to 1:30 p.m. Pacific Daylight Time. This trial schedule makes telephone contact with opposing counsel during regular work hours difficult. By the time court is in recess, it is nearly 5:00 p.m. Eastern Daylight Time.

Today, on October 24, 2007, when it became clear to me that I would need additional time to prepare a response, I made a call to Mr. Bigler. I also sent an e-mail advising counsel of the intended motion for an enlargement.

Respectfully submitted,

s/

BARBARA J. MASSEY
Law Offices of David W. Ginn
1981 N. Broadway, Suite 275
Walnut Creek, CA 94596
Tel: (925)256-4466Fax: (925)256-4423

Attorneys for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of October 2007, a copy of the foregoing PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/

Barbara J. Massey
Law Offices of David W. Ginn
1981 N. Broadway, Suite 275
Walnut Creek, CA 94596
Tel: (925)256-4466Fax: (925)256-4423

Attorneys for Plaintiff, Biofunction LLC