# In the United States Court of Federal Claims

```
*    *    *    *    *    *

BIOFUNCTION LLC,                    *

         Plaintiff,                 *       No. 07-0067

             v.                     *       Filed: October 25, 2007

UNITED STATES OF AMERICA,           *

         Defendant.                 *

*    *    *    *    *    *
```

**ORDER**

    Plaintiff's motion for enlargement to November 1 within which to respond to the court's Status Conference Order is GRANTED.

                                                             s/Robert H. Hodges, Jr.
                                                             Robert H. Hodges, Jr.
                                                             Judge