# In the United States Court of Federal Claims

* * * * * *

BIOFUNCTION LLC, *

Plaintiff, * No. 07-0067

v. * Filed: October 25, 2007

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * *

**ORDER**

Plaintiff's motion for enlargement to November 1 within which to respond to the court's Status Conference Order is GRANTED.

s/Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge