# In the United States Court of Federal Claims

```
*   *   *   *   *   *

BIOFUNCTION, LLC,              *

        Plaintiff,             *   No. 07-67C

        v.                     *   Filed: January 9, 2008

UNITED STATES OF AMERICA,      *

        Defendant.             *

*   *   *   *   *   *
```

**ORDER**

The court received plaintiff's Request for Default stating that the December 20 Order denied the Government's partial motion to dismiss. The Order was not intended as a ruling on dispositive motions, rather it was a request for more information and for the parties to choose a date and time for a status conference. The plaintiff's Request for Default is denied. All parties will appear before the court on February 12 at 2:00 pm EST at the Court of Federal Claims for a status conference. Counsel may appear in person or by telephone.

SO ORDERED.

                                                 s/ Robert H. Hodges, Jr.
                                                 Robert H. Hodges, Jr.
                                                 Judge