# In the United States Court of Federal Claims

* * * * * *

BIOFUNCTION, LLC, *

Plaintiff, * No. 07-67C

v. * Filed: January 9, 2008

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * *

**ORDER**

The court received plaintiff's Request for Default stating that the December 20 Order denied the Government's partial motion to dismiss. The Order was not intended as a ruling on dispositive motions, rather it was a request for more information and for the parties to choose a date and time for a status conference. The plaintiff's Request for Default is denied. All parties will appear before the court on February 12 at 2:00 pm EST at the Court of Federal Claims for a status conference. Counsel may appear in person or by telephone.

SO ORDERED.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge