# In the United States Court of Federal Claims

* * * * * *

BIOFUNCTION, LLC, *

Plaintiff, * No. 07-67C

v. * Filed: August 11, 2008

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * *

**ORDER**

We received a joint status report on April 17. The Government indicated that it would file a second motion to dismiss. The parties agreed that discovery would close in September. The parties will file a joint status report on or before September 5 informing us of discovery progress and the likelihood of further dispositive motions.

SO ORDERED.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge