**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| BIOFUNCTION, LLC, | ) | |
| Plaintiff, | ) | No. 07-67C<br>(Judge Hodges) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

In response to the Court's order of August 11, 2008, plaintiff, Biofunction LLC and defendant, United States, hereby submit this joint status report on the progress of discovery and the likelihood of further dispositive motions:

The parties have exchanged documents and witness lists.

The United States has taken the deposition of Biofunction LLC's principal, Bruno Kovacic. Mr. Kovacic's deposition has not been completed. Mr. Kovacic's deposition is scheduled to be completed on September 17, 2008.

Biofunction has taken the depositions of United States Postal Service employees and former employees, Gary Emich, Rey Pulido, Rosemary Fernandez, Bharat Bhatt, and Dan Carriglio. The depositions of additional employees and former employees, Victor Orr, Craig Williams, Thomas McCue, Colleen Mosca and Jon Stalnacker, are scheduled to be taken during the week of September 15, 2008.

Biofunction does not intend to file a dispositive motion pursuant to RCFC 12(b), 12(c), or 56.

Once the depositions are completed, defendant likely will file a motion for summary judgment because even if there otherwise may have been an implied contract between the Government and Biofunction, the Government employee who attempted to enter into the implied contract with Biofunction did not have contracting authority. Defendant has not yet determined whether it will file any other dispositive motions.

Date: September 5, 2008

s/ Barbara J. Massey

Barbara J. Massey
David W. Ginn
Law Offices of David W. Ginn
1981 N. Broadway, Suite 275
Walnut Creek, CA 94596
(925) 256-4466 (telephone)
(925) 256-4423 (fax)

Attorneys for Plaintiff,
Biofunction, LLC

Date: September 5, 2008

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Steven Gillingham
STEVEN GILLINGHAM
Assistant Director

s/ Robert C. Bigler
ROBERT C. BIGLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L. Street, N.W.
Attn: Classificatin Unit
8th Floor
Washington, D.C. 20530
(202) 307-0315 (telephone)
(202) 305-7644

Attorneys for Defendant,
THE UNITED STATES

CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of September 2008, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ Robert C. Bigler